AMENDED COMPLAINT                    FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Jacksonville _____ Division                    2016 OCT -3 PM 1: 24

**CIVIL RIGHTS COMPLAINT FORM**        CLERK, US DISTRICT COURT
                                       MIDDLE DISTRICT OF FLORIDA
                                       JACKSONVILLE DISTRICT

Tarla Gary                             CASE NUMBER: 3:15-CV-273-J-20-MCR
_____                 (To be supplied by Clerk's Office)

_____
_____                    **LEGAL** MAIL
                                                 PROVIDED TO JK
(Enter full name of each Plaintiff and           FLORIDA STATE P---
prison number, if applicable)                    9-29-16   FOR MAILING
                                                 --- INITIALS  T. G.
v.

Darian Blue, Sergeant
_____

_____

_____

(Enter <u>full name</u> of each <u>Defendant</u>.
If additional space is required, use the
blank area directly to the right).
_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    <u>PLACE OF PRESENT CONFINEMENT</u>: P.O. Box 800, Raiford, FL 32083
                                          (Indicate the name and location)

_____

II.   <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: **Exhaustion of administrative remedies is
      required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
      or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
      administrative grievance process was not completed prior to filing this lawsuit may be subject
      to dismissal.**

III.  <u>PREVIOUS LAWSUITS</u>:

DC 225 (Rev 2/2012)                    1

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

      Plaintiff(s): NOT Applicable

      Defendant(s): NOT Applicable

   2.   Court (if federal court, name the district; if state court, name the county):

      NOT Applicable

   3.   Docket Number: NOT Applicable

   4.   Name of judge: NOT Applicable

   5.   Briefly describe the facts and basis of the lawsuit: NOT Applicable

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      NOT Applicable

   7.   Approximate filing date: NOT Applicable

   8.   Approximate disposition date: NOT Applicable

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)

2

identify these suits below by providing the case number, the style, and the disposition of each case: _NOT Applicable_____

_____

_____

_____

IV.   **PARTIES**:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _TARLA GARY_____

Mailing address: _P O BOX 800, RAIFORD, FL 32083_____

_____

B.   Additional Plaintiffs: _NoT Applicable_____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _DARIAN BLUE_____

Mailing Address: _UNION Correction INSTITUTION   7819 N.W. 22 St___

_RAIFORD, FL 32026_____

Position: _SERGEANT OFFICER_____

Employed at: _UNION Correction INSTITUTION  7819 N.W. 2 28 St  Raiford, FL_  32026

D.   Defendant: _NoT Applicable_____

Mailing Address: _NoT Applicable_____

_____

Position: NOT Applicable

Employed at: NOT Applicable

E.    Defendant: NOT Applicable

Mailing Address: NOT Applicable



Position: NOT Applicable

Employed at: NOT Applicable

F.    Defendant: NOT Applicable

Mailing Address: NOT Applicable



Position: NOT Applicable

Employed at: NOT Applicable

G.    Defendant: NOT Applicable

Mailing Address: NOT Applicable



Position: NOT Applicable

Employed at: NOT Applicable

**V.**   <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

The EiGhth AMENDMENT forbids "CRUEL AND UNUSUAL PUNISHMENT"

_____

_____

_____

_____

**VI.**   <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case.  Describe how each defendant was involved.  <u>Do not make any legal arguments or cite any cases or statutes.</u>  State with as much specificity as possible the facts in the following manner:

1.     Name and position of person(s) involved.
2.     Date(s).
3.     Place(s).
4.     Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.     Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1. DARIAN BLUE , SERGEANT Officer ResponsiblE for

The UNNECESSARY AND WANTON INFLICTION OF PAIN" 2. I TARLA GARY WAS A INMATE ON THE DATE OF

JULY 13, 2011 AT UNION CorrECTION INSTITUTION AS A HOUSEING MENTAL HEAlTh proGRAM INATE 3. IN

U-DORM WHEN MENTAL HEAlTh program group COUNSELING, SERGEANT officer DARIAN BLUE The

DORM SErGEANT AT U-DORM AT UNION CorrECTION INSTITUTION I TARLA GARY WAS IN Full

RESTrAINE HAND CUFF BEHIND The BACK AND WITH BLACK BOX AND leg chAIN ON WITH A WAIST CHAIN

hook up To The HAND CUFF BLACK BOX I TARLA GARY WAS PICK up ATTACKED From BEHIND AND WAS

power SlAM BY ONE MAN SErGEANT DARIAN BLUE To The HARD CONCRETE EYEWITNESS STAFF Who WorkEd

ON THIS DATE 7-13-2011 AT UNION CORRECTION MENTAL HEALTH STAFF MR. MICHAEL MALONE AS MY

WITNESS WHO WORKED ON THIS DAY WITNESS THE IN PACK KNOCK ME OUT COLD THAT SLIT THE

LEFT SIDE OF MY HEAD OPEN [8] MR. MALONE WITNESS SERGEANT BLUE AGGRESSIVE BEHAVIOR ASSAULT

TOWARD ME FOR NO REASON THE FORCE USED WAS NOT A NECESSARY PART OF PRISON DISCIPLINE UNNECESSARY AND

WANTON INFLICTION [9] MR. MALONE WROTE A STATEMENT ON MY BEHALF WITH OTHERS INMATES WHO WITNESS THE ATTACK

OF SERGEANT DARIAN BLUE     MENTAL HEALTH STAFF MR. MICHAEL MALONE WITNESS TO THE ALLEGED INCIDENT

[10] MR. MALONE HEARD BACK NO ANSWER ON MY INCIDENT WHEN HE WROTE A INCIDEND REPORT ON MY BEHALF

[11] TESTIMONY STATEMENT I WOKE UP IN THE INFIRMARY MY LEFT SIDE SLIT OPEN NO STITCHS WAS DONE BY NURSES

ON THAT DAY OF 7-13-2011 A SCAR THAT INALIENABLE MY WITNESS IS MR. MICHAEL MALONE STAFF FOR

[12] MENTAL HEALTH AT UNION CORRECTION INSTITUTION, I DID NOT ALLEGE AN INADVERTENT PUSH YOU ALLEGED

[13] A SLAM. SERGEANT BLUE WAS RECKLESS AND CALLOUS INDIFFERENCE TO MY RIGHT EVIL INTENT WITH

[14] EXCESSIVE FORCE [15] I WAS HARMED BY THE ACT OF THE DEFENDANT SERGEANT DARIAN BLUE EXCESSIVE FORCE

[16] I WAS MOVED BACK IN THE SAME DORM U-DORM WERE THE INCIDENT HAPPEN AFTER BEING RETURN THE NEXT

DAY FROM THE INFIRMARY [17] ON 2-19-2013 I WAS ASKED BY A INMATE PHILLIP DAUGHTRY ABOUT WAS I THE

INMATE WHO GOT POWER SLAM BY SERGEANT BLUE IN 2011 DAUGHTRY TOLD ME MR. MALONE TOLD THEM IN GROUP ABOUT

[18] MR. GARY WAS ATTACKED BY SERGEANT BLUE MR. DAUGHTRY SAID I ASK MR. DAUGHTRY WILL HE WRITE A

AFFIDAVIT OF STATEMENT ABOUT WHAT MR. MALONE TOLD HIM. [19]

SERGEANT DARIAN BLUE IS RESPONSIBLE FOR THE UNNECESSARY AND WANTON INFLICTION OF MY PAIN

[20] I TARLA GARY STATEMENT OF FACTS ARE TRUE

VII.  **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I TARLA GARY WOULD WANT THE COURT TO ORDER THE DEFENDANT SERGEANT DARIAN BLUE TO

PAY ME MONEY DAMAGES   COMPENSATORY DAMAGES IN THE AMOUNT OF $46,999.85

AGAINST THE DEFENDANT SERGEANT DARIAN BLUE, FOR PUNITIVE DAMAGES IN THE

AMOUNT OF $46,999.85 AGAINST THE DEFENDANT SERGEANT DARIAN BLUE

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 29 day of SEPTEMBER , 2016 .

*Tarla Gary*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 29 day of SEPTEMBER , 2016 .