**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**TARLA GARY
DOC# G01635,**

    **Plaintiff,**

v.                                                                      Case No.: 3:15-CV-273-HES-MCR

**SERGEANT DARIAN BLUE,**

    **Defendant.**
_____/

**DEFENDANT'S ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES**

    **Darian Blue** ("Defendant"), hereby answers Plaintiff's Amended Civil Rights Complaint (Doc. 21)[1] as follows:

**I.**    **PLACE OF PRESENT CONFINMENT** (Doc. 21 at 1)

    Admit.

**II.**    **EXHAUSTION** (*Id*. at 1)

    *No response because this section only provides instructions*.

**III.**    **PREVIOUS LAWSUITS** (*Id*. at 1-3)

    A-D. Without knowledge, therefore denied.

**IV.**    **PARTIES** (*Id*. at 3).

    A. Admit.

    B. No response as there are no additional Plaintiffs.

    C. Admit.

    D-G. No response as Plaintiff does not list any Defendants.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

**V.      STATEMENT OF CLAIMS** (*Id*. at 4-5)

Admit that the Eighth Amendment forbids "cruel and unusual punishment." Deny that Plaintiff suffered any "cruel and unusual punishment."

**VI.     STATEMENT OF FACTS** (*Id*. at 4, 5-7)

1. Deny.

2-5. Admit.

6. Deny that Defendant attacked Plaintiff. Admit that Defendant used justified and the minimal amount of force necessary.

7. Admit that Michael Malone ("Malone") witnessed the use of force against Plaintiff by Defendant and that Plaintiff was knocked unconscious by the use of force and suffered a laceration to side of his head.

8. Admit that Malone witnessed the use of force. Deny the remainder of Plaintiff's allegations.

9. Admit that Malone and a couple of other witnesses wrote statements. Deny that the statements were written on behalf of Plaintiff.

10. Deny.

11. Admit that Plaintiff woke up in the infirmary and no stitches were needed. Deny that Plaintiff has a scar.

12. Admit that Malone was a witness.

13-14. Deny.

15. Admit that Plaintiff suffered an injury as a result of the use of force. Deny that the use of force was excessive.

16. Deny without knowledge.

17-18. Deny without knowledge Plaintiff's conversations with another inmate.

19. Deny.

20. Admit that some of Plaintiff's facts are true. Deny that the entirety of Plaintiff's facts are true and accurate.

## VII. RELIEF REQUESTED (*Id*. at 7-8)

Deny that Plaintiff is entitled to any relief whatsoever.

## VIII. DEFENSES AND AFFIRMATIVE DEFENSES

1. Defendant has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

2. Plaintiff fails to state a claim upon which relief can be granted against Defendant.

3. Plaintiff cannot establish any violation or injury of his constitutional rights.

4. Plaintiff is not entitled to nominal damages, any other damages, or costs; and not entitled to declaratory relief.

5. Defendant is entitled to qualified immunity.

6. Plaintiff has failed to state a cause of action because negligence is not actionable under 42 U.S.C. §1983.

7. The actions taken by Defendant with regard to the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

8. Plaintiff failed to mitigate his damages.

9. Plaintiff is barred from pursuit of his claim based on the United States Supreme Court's Opinions in *Heck v. Humphrey*, 512 U.S. 477 (1994) *Edwards v. Balisok*, 520 U.S. 641 (1997).

## IX. RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## X. DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Erik Kverne
ERIK KVERNE
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant's Answer, Defenses, and Affirmative Defenses* was e-filed electronically through CM/ECF on February 15, 2017, and furnished by U.S. Mail to: Tarla Gary, DOC# G01635, Florida State Prison, P.O. Box 800, Raiford, Florida 32083 on February 15, 2017.

/s/ Erik Kverne
ERIK KVERNE
Assistant Attorney General
Florida Bar No. 99829