MR TARLA GARY G01635

LEGAL MAIL JF
Provided to Florida State Prison on
4/17/17 for mailing by TG

CASE 3:15-CV-273-J-20MCR

## MOTION TO AMEND

Greading

IM Requesting This court To AMEND My Claim Complaint Form The Reason I (Fail To STATE A Claim upon Which Relief May Be Granted)

IM Seeking Help From Attorney AT Law MR James Cook

He Take A long Time To Answer on Requests

MERCI Clerk And Magistrate Judge

MR Tarla Gary
Tarla Gary

2017 APR 19 PM 1:13
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
FILED

your copy

LEGAL MAIL JF
Provided to Florida State Prison on
4/17/17 for mailing by TG

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I placed this document in the hands of prison officials at Florida State Prison.

for mailing via U.S. Mail to: MS. SHERYL L LOESCH
                              **PARTIES SERVED**

UNITED STATE DISTRICT COURT, Middle DISTRICT of Florida, Office of The clerk,

300 N Hogan St, Suite 9-150, Jacksonville FL 32202

Request To AMEND STATE of CLAIM

on this __17__ day of __April__, 20__17__
     DAY              MONTH              YR.

/S/ Tarla Gary
Tarla Gary
DC# G01635
Florida State Prison
P.O. Box 800
Raiford, FL 32083