IN THE UNITED STATE DISTRICT COURT
for The MIDDLE

> LEGAL MAIL
> Provided to Florida State Prison on
> 6/27/17 for mailing by Tarla Gary

TARLA GARY
   PLAINTIFFS

CASE NO: 3:15-CV-273-J-20MCR

V.

DARIAN BLUE
   DEFENDANT

JUNE 27th 2017

2017 JUN 29 PM 1:24 FILED

## MOTION FOR LEAVE TO AMEND

PLAINTIFF TARLA GARY Pursuant to Rule 15(A) and 19(A) FED. R. CIV P. Request Leave to File an Amended Complaint Adding A New Witness and New legal Claim

IN The PLAINTIFF IN HIS complaint Request This Court To Slightly Change A Legal Claims To Proposed To Submit A Second Amended Complaint Please To ReDo State of Claim IN MY STATE of CLAIM I Relif MY Right Under The Constitution Law Since The Set Forth Each Claim

I FAIL BY STATEING <u>THE Eighth AMENDMENT forbids CRUEL AND UNUSUAL PUNISHMENT</u>

I PLAINTIFF FAILS BY STATEING THAT UPON WHICH Relief MAY BE GRANTED I Request THIS COURT MAGISTRATE JUDGE MR. RICHARDSON Permission TO AMEND FOMAN V. DAVIS 371 U.S. 178, 182 (1962)

JUNE 27th 2017

★ Respectfully Submitted
Tarla Gary
Tarla Gary
P.O. Box 800
Raiford FL 32083

COPY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I placed this document in the hands of prison officials at Florida State Prison.

for mailing via U.S. Mail to: UNITED STATE DISTRICT COURT,
_PARTIES SERVED_
MIDDLE DISTRICT OF FLORIDA, OFFICE OF THE CLERK,
300 N. HOGAN ST, SUITE 9-150, JACKSONVILLE FL 32202
MAILED BOTH A LETTER TO 10 DAYS EXTENSIONS AND MOTION TO AMEND

on this __27__ day of __JUNE__, 20__17__
   DAY              MONTH              YR.

```
LEGAL MAIL
Provided to Florida State Prison on
6/27/17 for mailing by TARLA GARY
```

/S/ ★ Tarla Gary
TARLA GARY
DC# G01635
Florida State Prison
P.O. Box 800
Raiford, FL 32083