**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TARLA GARY,

    Plaintiff,

v.                                              Case No.  3:15-cv-273-J-20MCR

DARIAN BLUE, Sergeant,

    Defendant.

_____/

| JUDGE: | Monte C. Richardson U.S. Magistrate Judge | COUNSEL FOR PLAINTIFF | James Cook, Esq. |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | | |
| COURT REPORTER | Digital | COUNSEL FOR DEFENDANT: | Erik Kverne, Esq. |
| DATE/TIME | 10:04 AM – 12:15 PM 2 HOURS 11 MINUTES | | |

## CLERK'S MINUTES

**PROCEEDINGS:**    Settlement Conference

Opening statement by Plaintiff.

Opening statement by defense counsel.

Parties separated to confer with Judge Richardson.

Settlement reached.

Parties directed to file a notice of settlement.